# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00480-CV

**Brandon Byrd, Individually and On Behalf of Others Similarly Situated, Appellant**

**v.**

**Farmers Texas County Mutual Insurance Company, Farmers Insurance Exchange
and Mid Century Insurance Company of Texas, Appellees**

**FROM THE 53RD JUDICIAL DISTRICT COURT OF TRAVIS COUNTY,
NO. D-1-GN-03-001145, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Brandon Byrd, Individually and on Behalf of Others Similarly Situated no longer wishes to pursue his appeal and has filed a motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Dismissed on Appellant's Motion

Filed: October 12, 2007